# STATE OF NORTH CAROLINA

FILED

____MECKLENBURG___ County

2005 JUN 28 AM 11: 12

MECKLENBURG COUNTY, C.S.C.

BY _____

| File No. |
|---|
| 05 CvS 103XX |

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff |
|---|
| ROBERT LOWINGER, Individually, et al |
| Address |
| City, State, Zip |

## CIVIL SUMMONS

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3, 4

| VERSUS |
|---|
| Name Of Defendant(s) |
| EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., et al |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Daniel G. Bergstein<br>Paul, Hastings, Janofsky & Walker, LLP<br>75 East 55th Street<br>New York, NY 10022 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if None, Address Of Plaintiff) | Date Issued | Time | ☐ AM ☐ PM |
|---|---|---|---|
| John T. O'Neal<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401<br>Telephone: 336-273-3812 | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

NOTE TO PARTIES: *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 2 of 29

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Daniel G. Bergstein

Paul, Hastings, Janofsky
& Walker, LLP

75 East 55th Street

New York, NY 10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Sarah Mesko_    ☒ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                    7/1/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 1160 0004 8278 5931

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

NORTH CAROLINA

MECKLENBURG COUNTY

FILED

2005 JUN 29 AM 11: 14

MECKLENBURG COUNTY, C.S.C.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
05 CvS 10328

JUN 3 0 2005

ROBERT LOWINGER, Individually
and On Behalf of All Others
Similarly Situated,

         Plaintiffs,

     v.

EUGENE B. JOHNSON, DANIEL G.
BERGSTEIN, KELSO INVESTMENT
ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., FRANK K. BYNUM, JR.,
GEORGE E. MATELICH, KELSO & COMPANY
and FAIRPOINT COMMUNICATIONS, INC.,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AFFIDAVIT OF SERVICE

John T. O'Neal, being first duly sworn, deposes and says that:

1.     I am the attorney for the Plaintiffs in this pending civil action.

2.     A copy of the Summons and Complaint was deposited in the U. S. Post Office, postage prepaid, on June 10, 2005, by certified mail, return receipt requested.

3.     The copy of the Summons and Complaint was mailed to:

        Frank K. Bynum, Jr.
        c/o Kelso & Company
        320 Park Avenue, 24th Floor
        New York, NY 10022

4.     Process was in fact received on June 14, 2005, as evidenced by the attached return receipt.

                    John T. O'Neal
                    N. C. State Bar No. 23446
                    Donaldson & Black, P.A.
                    208 West Wendover Avenue
                    Greensboro, North Carolina 27401
                    336-273-3812

Sworn to and subscribed before me,
this the 27ᵗʰ day of June 2005.



———————————————————————
Notary Public

My Commission Expires: *April 24, 2007*

DAPHNE W. HAMMILL
NOTARY PUBLIC
GUILFORD COUNTY, N. C.
My Commission Expires April 24, 2007

# STATE OF NORTH CAROLINA

FILED

MECKLENBURG County 05 JUN 23 AM 11: 14

MECKLENBURG COUNTY, C.S.C.

BY

File No.
05 cvs 10537

In The General Court Of Justice
☐ District  ☒ Superior Court Division

*Name Of Plaintiff*
ROBERT LOWINGER, Individually, et al

*Address*

*City, State, Zip*

**VERSUS**

*Name Of Defendant(s)*
EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO
INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., et al

## CIVIL SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 1A-1, Rules 3, 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

---

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Frank K. Bynum, Jr.<br>c/o Kelso & Company<br>320 Park Avenue, 24th Floor<br>New York, NY 10022 | |

---

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)*<br>John T. O'Neal<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401<br>Telephone: 336-273-3812 | *Date Issued*<br><br>*Signature* | *Time*<br><br>☐ AM ☐ PM |
|---|---|---|
| | ☐ Deputy CSC ☐ Assistant CSC | ☒ Clerk Of Superior Court |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement*<br><br>*Signature* | *Time*<br><br>☐ AM ☐ PM |
|---|---|---|
| | ☐ Deputy CSC ☐ Assistant CSC | ☐ Clerk Of Superior Court |

---

NOTE TO PARTIES: *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts                    (Over)

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 6 of 29

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Mr. Frank K Bynum, Jr.
c/o Kelso & Company
320 Park Avenue, 24th floor
New York, NY 10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   D. Tully                      2/11/02

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article
   Number

PS Form

102595-02-M-1540

NORTH CAROLINA

MECKLENBURG COUNTY

ROBERT LOWINGER, Individually
and On Behalf of All Others
Similarly Situated,

       Plaintiffs,

     v.

EUGENE B. JOHNSON, DANIEL G.
BERGSTEIN, KELSO INVESTMENT
ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., FRANK K. BYNUM, JR.,
GEORGE E. MATELICH, KELSO & COMPANY
and FAIRPOINT COMMUNICATIONS, INC.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AFFIDAVIT OF SERVICE**

John T. O'Neal, being first duly sworn, deposes and says that:

1.     I am the attorney for the Plaintiffs in this pending civil action.

2.     A copy of the Summons and Complaint was deposited in the U. S. Post Office, postage prepaid, on June 10, 2005, by certified mail, return receipt requested.

3.     The copy of the Summons and Complaint was mailed to:

        George E. Matelich
        c/o Kelso & Company
        320 Park Avenue, 24th Floor
        New York, NY 10022

4.     Process was in fact received on June 14, 2005, as evidenced by the attached return receipt.

              John T. O'Neal
              N. C. State Bar No. 23446
              Donaldson & Black, P.A.
              208 West Wendover Avenue
              Greensboro, North Carolina 27401
              336-273-3812

Sworn to and subscribed before me,
this the 27th day of June 2005.


_____
Notary Public

My Commission Expires: *April 24, 2007*

DAPHNE W. HAMMILL
NOTARY PUBLIC
GUILFORD COUNTY, N. C.
My Commission Expires April 24, 2007

# STATE OF NORTH CAROLINA

MECKLENBURG County

FILED

2005 JUN 29 AM 11: 14

MECKLENBURG COUNTY C.S.C.

File No. 05 CVS 1033X

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| ROBERT LOWINGER, Individually, et al | |

Address

By

City, State, Zip

**VERSUS**

| Name Of Defendant(s) |
|---|
| EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., et al |

## CIVIL SUMMONS

☐ ALIAS AND PLURIES SUMMONS

G.S. 1A-1, Rules 3, 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| George E. Matelich<br>c/o Kelso & Company<br>320 Park Avenue, 24th Floor<br>New York, NY 10022 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff) | Date Issued | Time | ☐ AM ☐ PM |
|---|---|---|---|
| John T. O'Neal<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401<br>Telephone: 336-273-3812 | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George E. Matelich
c/o Kelso & Company
390 Park Avenue, 94th Floor
New York, N.Y. 10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

B. Received by ( Printed Name)       C. Dat
   FROWN

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Artic
   (Tra

PS For

NORTH CAROLINA                    IN THE GENERAL COURT OF JUSTICE
                                  SUPERIOR COURT DIVISION
MECKLENBURG COUNTY                      05 CvS 10328

ROBERT LOWINGER, Individually    )
and On Behalf of All Others      )
Similarly Situated,              )
                                 )
              Plaintiffs,         )
                                 )
        v.                        )          AFFIDAVIT OF SERVICE
                                 )
EUGENE B. JOHNSON,  DANIEL G.     )
BERGSTEIN, KELSO INVESTMENT       )
ASSOCIATES V, L.P., KELSO EQUITY  )
PARTNERS V, L.P., FRANK K. BYNUM, JR., )
GEORGE E. MATELICH, KELSO & COMPANY )
and FAIRPOINT COMMUNICATIONS, INC., )
                                 )
              Defendants.         )
                                 )

John T. O'Neal, being first duly sworn, deposes and says that:

1.    I am the attorney for the Plaintiffs in this pending civil action.

2.    A copy of the Summons and Complaint was deposited in the U. S. Post Office, postage prepaid, on June 10, 2005, by certified mail, return receipt requested.

3.    The copy of the Summons and Complaint was mailed to:

        Kelso & Company
        c/o Joseph S. Schuchert, Chairman,
          Board of Directors
        320 Park Avenue, 24th Floor
        New York, NY  10022

4.    Process was in fact received on June 14, 2005, as evidenced by the attached return receipt.

                            John T. O'Neal
                            Donaldson & Black, P.A.
                            208 West Wendover Avenue
                            Greensboro, North Carolina  27401
                            336-273-3812

Sworn to and subscribed before me,
this the _27ᵗʰ_ day of June 2005.



Notary Public

My Commission Expires: _April 24 2007_



DAPHNE W. HAMMILL
NOTARY PUBLIC
GUILFORD COUNTY, N. C.
My Commission Expires April 24, 2007

# STATE OF NORTH CAROLINA ~~FILED~~

MECKLENBURG County ~~2005 JUN 29  AM 11: 14~~

~~MECKLENBURG COUNTY~~

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>ROBERT LOWINGER, Individually, et al | |
| Address | **CIVIL SUMMONS** |
| City, State, Zip | ☐ **ALIAS AND PLURIES SUMMONS** |
| | G.S. 1A-1, Rules 3, 4 |

**VERSUS**

| | |
|---|---|
| Name Of Defendant(s)<br>EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., et al | Date Original Summons Issued<br><br>Date(s) Subsequent Summons(es) Issued |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Kelso & Company<br>c/o Joseph S. Schuchert, Jr., Chairman, Board of Directors<br>320 Park Avenue, 24th Floor<br>New York, NY 10022 | |

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)<br>John T. O'Neal<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401<br>Telephone: 336-273-3812 | Date Issued 6/10/05 | Time 1051 | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)

146 96 - Lavn

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kelso & Company, c/o Joseph
S. Schuchert, Chairman,
Board of Directors

320 Park Avenue, 24th floor
New York, NY 10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agen
                   ☐ Addr

B. Received by (Printed Name)   C. Date of De
   DT 7 Pang                       4/14/0

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Mercha
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Arti
   (Tra

PS Fo

102595-02-

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
05 CvS 10328

ROBERT LOWINGER, Individually
and On Behalf of All Others
Similarly Situated,

        Plaintiffs,

    v.

EUGENE B. JOHNSON, DANIEL G.
BERGSTEIN, KELSO INVESTMENT
ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., FRANK K. BYNUM, JR.,
GEORGE E. MATELICH, KELSO & COMPANY
and FAIRPOINT COMMUNICATIONS, INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AFFIDAVIT OF SERVICE

John T. O'Neal, being first duly sworn, deposes and says that:

1.     I am the attorney for the Plaintiffs in this pending civil action.

2.     A copy of the Summons and Complaint was deposited in the U. S. Post Office, postage prepaid, on June 10, 2005, by certified mail, return receipt requested.

3.     The copy of the Summons and Complaint was mailed to:

> Kelso Investment Associates V, L.P.
> c/o James Connors, II, General Partner
>   of Kelso Partners V, L.P.
> General Partner of Kelso Investment
>   Investment Associates V, L.P.
> 320 Park Avenue, 24th Floor
> New York, NY 10022

4.     Process was in fact received on June 14, 2005, as evidenced by the attached return receipt.



John T. O'Neal
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, North Carolina 27401
336-273-3812

Sworn to and subscribed before me,
this the *27 th* day of June 2005.

_____
                Notary Public

My Commission Expires: *April 24, 2007*

DAPHNE W. HAMMILL
NOTARY PUBLIC
GUILFORD COUNTY, N. C.
My Commission Expires April 24, 2007

# STATE OF NORTH CAROLINA

FILED

2005 JAN 29 AM 11: 15

MECKLENBURG~~~~~~~~County

MECKLENBURG CNTY. C.S.C.

File No.
05 CvS 1079

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>ROBERT LOWINGER, Individually, et al | **CIVIL SUMMONS** |
| *Address* | ☐ **ALIAS AND PLURIES SUMMONS** |
| *City, State, Zip* | G.S. 1A-1, Rules 3, 4 |
| **VERSUS** | |
| *Name Of Defendant(s)*<br>EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P.,  et al | *Date Original Summons Issued*<br><br>*Date(s) Subsequent Summons(es) Issued* |

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Kelso Investment Associates V, L.P.<br>c/o James J. Connors, II, General Partner of Kelso<br>  Partners V, L.P., General Partner of Kelso Investment<br>  Associates V, L.P.<br>320 Park Avenue, 24th Floor<br>New York, NY  10022 | |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served.  You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)*<br>John T. O'Neal<br>Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC  27401<br>Telephone:  336-273-3812 | *Date Issued* | *Time*  ☐ AM  ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT**<br>This Summons was originally issued on the date indicated above and returned not served.  At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*  ☐ AM  ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

NOTE TO PARTIES: *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial.  The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 17 of 29

Case 3:05-cv-00316-FDW-CH Document 12 Filed 07/11/05 Page 18 of 29

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kelso Investment Assoc. VI, LP
c/o James Conners II, General
Partner of Kelso Partners VI, LP
General Partner of Kelso
Investment Assoc. VI, LP
350 Park Avenue, 8th Floor
N.Y., N.Y. 10022

2. Article
   Mail

PS For

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                               ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
05 CvS 10328

ROBERT LOWINGER, Individually
and On Behalf of All Others
Similarly Situated,

        Plaintiffs,

v.

EUGENE B. JOHNSON,  DANIEL G.
BERGSTEIN, KELSO INVESTMENT
ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., FRANK K. BYNUM, JR.,
GEORGE E. MATELICH, KELSO & COMPANY
and FAIRPOINT COMMUNICATIONS, INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AFFIDAVIT OF SERVICE

John T. O'Neal, being first duly sworn, deposes and says that:

1.     I am the attorney for the Plaintiffs in this pending civil action.

2.     A copy of the Summons and Complaint was deposited in the U. S. Post Office, postage prepaid, on June 10, 2005, by certified mail, return receipt requested.

3.     The copy of the Summons and Complaint was mailed to:

        Kelso Equity Partners V, LP
        c/o James J. Connors II, General Partner
        320 Park Avenue, 24th Floor
        New York, NY  10022

4.     Process was in fact received on June 14, 2005, as evidenced by the attached return receipt.

John T. O'Neal
N. C. State Bar No.  23446
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, North Carolina  27401
336-273-3812

Sworn to and subscribed before me,
this the 22 ᵗʰ day of June 2005.



_____
                Notary Public

My Commission Expires: *April 24, 2007*

```
┌─────────────────────────────────────────┐
│  ⊙   DAPHNE W. HAMMILL                    │
│         NOTARY PUBLIC                     │
│      GUILFORD COUNTY, N. C.               │
│  My Commission Expires April 24, 2007     │
└─────────────────────────────────────────┘
```

# STATE OF NORTH CAROLINA

FILED

2005 JUN 29 AM11: 15

MECKLENBURG CO LTY. C.S.C.

BY _____

MECKLENBURG County

File No.
05 CvS 10538

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
ROBERT LOWINGER, Individually, et al

**Address**

**City, State, Zip**

## CIVIL SUMMONS

☐ **ALIAS AND PLURIES SUMMONS**

G.S. 1A-1, Rules 3, 4

### VERSUS

**Name Of Defendant(s)**
EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO
INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., et al

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**

Kelso Equity Partners V, L.P.
c/o James J. Connors, II, General Partner
320 Park Avenue, 24th Floor
New York, NY 10022

**Name And Address Of Defendant 2**

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (If None, Address Of Plaintiff)**
John T. O'Neal
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: 336-273-3812

**Date Issued** 6/11/05
**Time** 10:51 ☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**
**Time** ☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $15,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

AOC-CV-100, Rev. 10/01
© 2001 Administrative Office of the Courts

(Over)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kelso Equity Partners V, LP
c/o James J. Connors, II,
    General Partner
320 Park Avenue, 24th Floor
New York, NY 10022

2. Artı...
   (Tra...

PS For...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name)   C. Date
FREDDY                            4/14

D. Is delivery address different from Item 1?  ☐
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Me
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

0259

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED

2005 JUL 11  AM$UPERIOR

MECKLENBURG COUNTY, C.S.C.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
4CV 03140

ROBERT LOWINGER, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

EUGENE B. JOHNSON, DANIEL B.
BERGSTEIN, KELSO INVESTMENT
ASSOCIATES V, L.P., KELSO EQUITY
PARTNERS V, L.P., FRANK K. BYNUM,
JR., GEORGE E. MATELICH, KELSO &
COMPANY and FAIRPOINT
COMMUNICATIONS, INC.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER GRANTING
EXTENSION OF TIME**

Pursuant to Rule 6(b) of the North Carolina Rules of Civil Procedure and upon motion of

Defendants Eugene B. Johnson ("Johnson"), Daniel B. Bergstein ("Bergstein"), Kelso

Investment Associates V, L.P. ("Kelso Investments"), Kelso Equity Partners V, L.P. ("Kelso

Equity"), Frank K. Bynum, Jr. ("Bynum"), George E. Matelich, ("Matelich"), Kelso & Company

and FairPoint Communications, Inc. ("FairPoint") for a thirty (30) day extension of time within

which to respond to Plaintiff's complaint, and with the consent of Plaintiff's counsel and for

good cause shown, it is

NOW THEREFORE ORDERED that Defendants FairPoint and Johnson shall have an

extension of time of thirty (30) days, through and including August 12, 2005 within which to

serve their answer or other responses to the Complaint, and defendants Kelso Equity, Kelso &

Company, Kelso Investment, Matelich, Bynum, and Bergstein shall have an extension of time of

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 23 of 29

thirty (30) days, through and including August 13, 2005 within which to serve their Answer or other responses to the Complaint.

This the ⎻⎻⎻ day of July, 2005.

Clerk of Superior Court
Mecklenburg County, North Carolina

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 24 of 29

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **Order Granting Extension of Time** has been served this day by depositing copies thereof in a depository under the exclusive care and custody of the United States Postal Service in postage prepaid envelopes and properly addressed as follows:

> John T. O'Neal
> Donaldson & Black, P.A.
> 208 West Wendover Avenue
> Greensboro, NC 27401
> (336) 273-3812

> Jeffrey S. Abraham
> Abraham, Fruchter & Twersky LLP
> One Penn Plaza
> Suite 2805
> New York, NY 10119
> (212) 279-5050

This the 11th day of July, 2005.

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
4CV 03140

ROBERT LOWINGER, Individually and )
On Behalf of All Others Similarly Situated, )
)
Plaintiff, )
v. )
)
EUGENE B. JOHNSON, DANIEL B. )
BERGSTEIN, KELSO INVESTMENT )
ASSOCIATES V, L.P., KELSO EQUITY )
PARTNERS V, L.P., FRANK K. BYNUM, )
JR., GEORGE E. MATELICH, KELSO & )
COMPANY and FAIRPOINT )
COMMUNICATIONS, INC., )
)
Defendant. )

**CONSENT MOTION**
**FOR**
**EXTENSION OF TIME**

Pursuant to Rule 6(b) of the North Carolina Rules of Civil Procedure, Defendants,

Eugene B. Johnson ("Johnson"), Daniel B. Bergstein ("Bergstein"), Kelso Investment Associates

V, L.P. ("Kelso Investments"), Kelso Equity Partners V, L.P. ("Kelso Equity"), Frank K.

Bynum, Jr. ("Bynum"), George E. Matelich, ("Matelich"), Kelso & Company and FairPoint

Communications, Inc. ("FairPoint") move this Court for thirty (30) day extension of time within

which to respond to Plaintiff's complaint. In support of this motion, Defendant shows as

follows:

1. The Complaint was served on Defendants FairPoint and Johnson via certified

mail on July 13, 2005 and the time to respond has not yet expired;

CHAR2\832189v1

2.       The complaint was served on Defendants Kelso Equity, Kelso & Company, Kelso Investment, Matelich, Bynum, and Bergstein via certified mail on June 14, 2005 and the time to respond has not yet expired;

3.       Defendants have not had sufficient time to compile information and otherwise respond to the complaint;

4.       Defendants have consulted with counsel for Plaintiff and Plaintiff's counsel has consented to the extension of time; and

5.       This extension of time will cause no unreasonable delay in the resolution of this action.

WHEREFORE, Defendants FairPoint and Johnson pray that this Court enter an order extending the time within which they must respond to Plaintiff's complaint through and including August 12, 2005 and Defendants Kelso Equity, Kelso & Company, Kelso Investment, Matelich, Bynum and Bergstein pray that the Court enter an order extending the time within which they must respond to Plaintiff's complaint thereof and entered August 13, 2005.

This the 11th day of July, 2005.

James P. McLoughlin, Jr.
Valecia M. McDowell
McNeill Y. Wester

**ATTORNEYS FOR DEFENDANTS**

Eugene B. Johnson
Daniel B. Bergstein
Kelso Investment Associates V, L.P.
Kelso Equity Partners V, L.P.
Frank K. Bynum, Jr.
George E. Matelich
Kelso & Company
FairPoint Communications, Inc.

Case 3:05-cv-00316-FDW-CH   Document 1-2   Filed 07/11/05   Page 28 of 29

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **MOTION FOR EXTENSION OF TIME** has been served this day by depositing copies thereof in a depository under the exclusive care and custody of the United States Postal Service in postage prepaid envelopes and properly addressed as follows:

John T. O'Neal
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
(336) 273-3812

Jeffrey S. Abraham
Abraham, Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279-5050

This the 11th day of July, 2005.