RECEIVED
CHARLOTTE, N.C.

AUG 10 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

|  |  |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EUGENE B. JOHNSON, DANIEL G. )<br>BERGSTEIN, KELSO INVESTMENT )<br>ASSOCIATES V, L.P., KELSO EQUITY )<br>PARTNERS V, L.P., FRANK K. BYNUM, )<br>JR., GEORGE E. MATELICH, KELSO & )<br>COMPANY and FAIRPOINT )<br>COMMUNICATIONS, INC., )<br>)<br>Defendants. ) | Case No. 3:05CV316-H<br><br>**PROPOSED PRELIMINARY**<br>**SCHEDULING ORDER** |

The Court hereby orders as follows:

(A) The Defendants shall have thirty days following the date of the Court's ruling on Plaintiff's Motion to Remand in which to answer or otherwise respond to Plaintiff's Complaint;

(B) If Defendants' first responsive pleading to Plaintiff's Complaint is a Motion to Dismiss, Plaintiff shall have thirty days following the date of Defendants' Motion to Dismiss in which to file a response to Defendant's Motion to Dismiss;

(C) The Defendants shall have fifteen days following the date of Plaintiff's response to Defendants' Motion to Dismiss in which to file a reply to Plaintiff's response; and

(D) The Plaintiff need not provide notice under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. 77z-1(a)(3)(A)(i) to the proposed plaintiff class until after the Motion to Remand is decided.

This the _12th_ day of August, 2005.

_Carl Horn, III_
_____

CARL HORN, III
U.S. Magistrate Judge