RECEIVED
CHARLOTTE, N.C.
AUG 23 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., FRANK K. BYNUM, JR., GEORGE E. MATELICH, KELSO & COMPANY and FAIRPOINT COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 3:05CV316-H<br><br>**SCHEDULING ORDER RELATING TO PLAINTIFF'S MOTION TO REMAND** |

The Court hereby orders as follows:

(A) The Defendants shall have an additional fourteen (14) days, up to and until September 9, 2005 in which to respond to Plaintiff's Motion for Remand; and

(B) Plaintiff shall have an additional eight (8) days, up to and until September 27, 2005 to file its Reply Brief.

This the 26th day of August, 2005.

*Carl Horn, III*
Presiding Judge

CHAR2\877965v2              5