# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., FRANK K. BYNUM, JR., GEORGE E. MATELICH, KELSO & COMPANY and FAIRPOINT COMMUNICATIONS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Case No. 3:05CV316-H

**PRELIMINARY SCHEDULING ORDER RELATING TO DEFENDANTS' MOTION TO DISMISS**

The Court hereby orders as follows:

The Plaintiff shall have up to and until January 6, 2006 in which to respond to Defendants' Motion to Dismiss; and

Defendants shall have up to and until January 24, 2006 in which to file their Reply Brief.

**SO ORDERED**.

CHAR2\899606v1

**Signed: December 15, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge