**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV316-C**

| | | |
|---|---|---|
| **ROBERT LOWINGER, Individually and On behalf of All Others Similarly Situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **O R D E R** |
| **EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., FRANK K. BYNUM, JR., GEORGE E. MATELICH, KELSO & COMPANY and FAIRPOINT COMMUNICATIONS, INC.,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

_____

**THIS MATTER** is before the Court on "Defendants' Motion For Brian S. Appel To Appear Pro Hac Vice" (document #28) filed December 15, 2005. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: December 16, 2005

Carl Horn, III
United States Magistrate Judge