# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV316-H

| | |
|---|---|
| **ROBERT LOWINGER, Individually and On Behalf of All Others, Similarly Situated,** )<br>)<br>)<br>v. )<br>)<br>**EUGENE B. JOHNSTON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P. KELSO EQUITY PARTNERS V., L.P., FRANK K. BYNUM, GEORGE E. MAELICH, KELSO & COMPANY and FAIRPOINT COMMUNICATIONS, INC.,** )<br>)<br>)<br>**Defendants.** ) | **O R D E R** |

**THIS MATTER** is before the Court on "Defendants' Motion For Charles E. Davidow To Appear Pro Hac Vice (document #26) filed January 15, 2006. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

**Signed: January 23, 2006**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

