# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV316-C

| | |
|---|---|
| ROBERT LOWINGER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EUGENE B. JOHNSON, DANIEL G. BERGSTEIN, KELSO INVESTMENT ASSOCIATES V, L.P., KELSO EQUITY PARTNERS V, L.P., FRANK K. BYNUM, JR., GEORGE E. MATELICH, KELSO & COMPANY and FAIRPOINT COMMUNICATIONS, INC., )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on "Defendant's Motion For John A. Valentine To Appear Pro Hac Vice" (document #27) filed January 15, 2006. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: January 25, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge