# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert Lowinger,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         3:05-cv-316

Eugene B. Johnston, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/16/2007 Order.

                                                  Signed: August 16, 2007

                                                  Frank G. Johns, Clerk
                                                  United States District Court